AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al.,

        Plaintiffs,

  v.

Arena Parks Stadium Solutions, Inc.,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00530-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Defendant Arena Parks Stadium Solutions, Inc., for delinquent employee benefit contributions ($5,756), liquidated damages ($1,703), interest ($1,703), audit fees ($4,952) and attorney's fees and costs ($11,432) for a total of $25,546.

12/1/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk